# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

**HANCOCK WHITNEY BANK,**     \*
      \*

    **Plaintiff,**    \*
      \*

**v.**      \*     **CASE NO. 1:25-cv-0281**
      \*

**MOBILE SPORTS AND**    \*
**ENTERTAINMENT GROUP, et al.,**  \*
      \*

    **Defendants.**    \*

## AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Hancock Whitney Bank ("Hancock Whitney"), pursuant to Rule 55(b) of the *Federal Rules of Civil Procedure*, moves this Court for the entry of a default judgment in its favor against Defendants, John Hilliard ("Hilliard") and Paul Kevin Grimes ("Grimes") (individually a "Defendant" and collectively the "Defendants"), individually and jointly, and as grounds in support thereof shows as follows:

1.    Venue is  proper before the United States District Court for the Southern District of Alabama because both Hillard and Grimes are residents of the state of Alabama.  Hillard is a citizen of Mobile County, Alabama, and his domicile is 3054 Belmont Street, Mobile, Alabama 36606.  Grimes is a citizen of Baldwin County, Alabama and his domicile is 7206 Rock Creek Drive, Fairhope, Alabama 36532.  Since both Hillard and Grimes are deemed to reside in the judicial district in which they are domiciled, for the purpose of this action, they are both residents of the state of Alabama.  The Southern District of Alabama is a judicial district in the state of Alabama.  Therefore, venue is property before this Court.

2.       Hillard and Grimes were both served on July 17, 2025, by process server with the Complaint and Summons.  *See* Notices of Service, attached hereto collectively as **Exhibit A**, and incorporated by reference for all purposes.

3.       Defendants have failed to answer or otherwise defend against Hancock Whitney's claims within the time allowed by the Court.

4.       Hancock Whitney submits the affidavit of Richard Buntin, Vice-President, in support of this Motion.  *See* Affidavit of Richard Buntin, attached hereto as **Exhibit B**, and incorporated by reference for all purposes.

5.       As set forth in **Exhibit B,** all transactions concerning Note 8628 ("8628"), the Guaranties by Hillard and Grimes (the "Guaranties"), 4283 Credit Card and 4291 Credit Card (the "Credit Cards"), each and all of which were used in the creation of the Forbearance Agreement (collectively the "Forbearance Agreement"), and are the subject matter of the Complaint filed in this case, Hancock Whitney is entitled to judgment in the amount of $128,532.85.

6.       Pursuant to the Forbearance Agreement, Hancock Whitney is also entitled to recover attorney's fees and expenses associated with collection efforts, which total $25,191.95. (**Exhibit C**).

WHEREFORE, Hancock Whitney Bank requests the entry of judgment in its favor against Defendants, John Hillard and Paul Kevin Grimes, in the total amount of $153,724.80, plus post-judgment interest, continuing attorney fees, and costs of court.

Respectfully submitted on this the 6th day of August 2026.

/s/Joshua D. Friedman
JEFFERY J. HARTLEY
JOSHUA D. FRIEDMAN
Attorneys for Plaintiff, Hancock Whitney Bank

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, Alabama 36602
(251) 432-5521
Email: jdf@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 6th day of August 2026, filed the foregoing by electronic filing with the Clerk of Court using CM/ECF, which will send notification of such filing via email to counsel for represented parties and a copy of the foregoing was served by regular U.S. Mail, properly addressed and postage prepaid, to the pro se Defendants:

Jason R. Watkins, Esquire jwatkins@silvervoit.com

John S. Hillard
3054 Belmont Street
Mobile, Alabama  36606

Paul Kevin Grimes
7206 Rock Creek Drive
Fairhope, Alabama  36532

**/s/  Joshua D. Friedman**
OF COUNSEL

4815-5723-3588, v. 1

3