**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **HANCOCK WHITNEY BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 25-0281-WS-C** |
| | ) | |
| **MOBILE SPORTS AND ENTERTAINMENT GROUP, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is before the Court on the report and recommendation ("R&R") entered by the Magistrate Judge on September 22, 2026, (Doc. 49), as amended by his subsequent order withdrawing a portion of the R&R. (Doc. 52). The parties have declined the opportunity to file objections to the R&R as amended. Accordingly, and after due and proper consideration of the issues raised, the R&R as amended is **adopted** as the opinion of this Court. Final judgment pursuant to Rule 54(b) will be entered by separate order.

DONE and ORDERED this 23rd day of October, 2026.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE